**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lyndell SIMMONS, Defendant–**
**Appellant.**

No. 08–10425
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 21, 2009.

Paulina M. Jacobo, Assistant U.S. Attorney, U.S. Attorney's Office Northern District of Texas, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant, Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Fort Worth, TX, Helen Miller Liggett, Assistant, Federal Public Defender, Federal Public Defender's Office, Northern District

R. 47.5.4.

815

of Texas, Lubbock, TX, for Defendant–
Appellant.

Before HIGGINBOTHAM,
BARKSDALE, and ELROD, Circuit
Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Lyndell Simmons has moved
for leave to withdraw and has filed a brief
in accordance with *Anders v. California,*
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967). Simmons has not filed a response.
Our independent review of the record and
counsel's brief discloses no nonfrivolous is-
sue for appeal. Accordingly, counsel's mo-
tion for leave to withdraw is GRANTED,
counsel is excused from further responsi-
bilities herein, and the APPEAL IS DIS-
MISSED. *See* 5th Cir. R. 42.2.

* Pursuant to 5th Cir. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5th Cir.
R. 47.5.4.